# United States Court of Appeals
## For the First Circuit

No.  15-1526

JORGE SENA SILVA,

Petitioner,

v.

LORETTA E. LYNCH,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on January 28, 2016, is amended as follows:

On page 2, line 13, the extra two spaces between "an" and "I-360" are deleted.

On page 3, line 3, "Citizen" is replaced with "Citizenship".